| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dow, Dennis R. | 2. Court or Organization<br><br>US Bankruptcy Ct-W Dist MO | 3. Date of Report<br><br>05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | At-large member of the Board of Governors | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Trinity Management LLC - Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 25, 2014– February 26, 2014 | Las Vegas, NV | Executive Committee Meeting | Transportation, Meals & Lodging |
| 2. | American College of Bankruptcy | March 13, 2014– March 15, 2014 | Washington, DC | Induction Ceremony | Transportation & Lodging |
| 3. | The Missouri Bar | March 20, 2014– March 21, 2014 | Columbia, MO | Annual Bankruptcy Institute | Meals & Lodging |
| 4. | American Bankruptcy Institute | April 24, 2014-April 27, 2014 | Washington, DC | 32nd Annual Spring Meeting | Transportation, Meals & Lodging |
| 5. | American Bankruptcy Institute | June 15, 2014-June 16, 2014 | Alexandria, VA | Seminar | Transportation, Meals & Lodging |

| 6. | American Bankruptcy Institute | September 18, 2014-September 19, 2014 | Alexandria, VA | Executive Committee Meeting | Transportation, Meals & Lodging |
|---|---|---|---|---|---|
| 7. | National Conference of Bankruptcy Judges | October 8, 2014-October 11, 2014 | Chicago, IL | 88th Annual National Conference of Bankruptcy Judges | Transportation, Meals & Lodging |
| 8. | American Bankruptcy Institute | December 4, 2014-December 6, 2014 | LaQuinta, CA | 26th Annual Winter Leadership Conference | Transportation, Meals & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Natixis US Eq Opp Fund A | D | Dividend | K | T | | | | | |
| 2. United Missouri Bank (UMB) Accounts | A | Interest | J | T | | | | | |
| 3. Europacific Growth Fund A | A | Dividend | K | T | | | | | |
| 4. The Growth Fund of America A | A | Dividend | J | T | | | | | |
| 5. The New Economy Fund A | B | Dividend | K | T | | | | | |
| 6. Small Cap World Fund A | A | Dividend | J | T | | | | | |
| 7. Davis New York Venture Fund Class A | A | Dividend | J | T | | | | | |
| 8. Templeton Developing Markets Trust Class A | B | Dividend | J | T | | | | | |
| 9. Columbia Seligman Communications & Info Fund A | C | Dividend | K | T | Sold (part) | 12/08/14 | J | C | |
| 10. Rollover IRA #1: | F | Int./Div. | P1 | T | | | | | |
| 11. -Fidelity ADV Energy Fund CL T | | | | | Sold (part) | 04/23/14 | K | C | |
| 12. -American Small Cap World Fund CL A | | | | | Sold (part) | 04/23/14 | K | C | |
| 13. -Citibank Bank Deposit Cash Account | | | | | | | | | |
| 14. -American Mutual Fund Class A | | | | | | | | | |
| 15. -Franklin Small Mid Cap Growth Fund A | | | | | | | | | |
| 16. -Franklin Mutual Global Discovery Fund Class A | | | | | | | | | |
| 17. -Templeton Developing Markets Class A | | | | | Sold (part) | 04/23/14 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Buffalo Small Cap Fund | | | | | Sold (part) | 04/23/14 | K | C | |
| 19. -Capital World Growth & Income Fund A | | | | | | | | | |
| 20. -Franklin Income Fund CL A | | | | | | | | | |
| 21. -Fundamental Investors Fund CL A | | | | | | | | | |
| 22. -Oppenheimer Gold & SP Mineral CL A | | | | | | | | | |
| 23. -Income Fund of America CL A | | | | | | | | | |
| 24. -Growth Fund of America CL A | | | | | | | | | |
| 25. Edward Jones IRA | A | Interest | J | T | | | | | |
| 26. The New England Variable Life Insurance Policies: | | | | | | | | | |
| 27. F1 Value Leaders Fund | A | Dividend | | | Redeemed | 01/01/14 | J | | |
| 28. Lmis Say SmCap Growth | A | Dividend | J | T | | | | | |
| 29. WMC Core Equity Opp | A | Dividend | J | T | | | | | |
| 30. American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 31. American Funds Gro-Inc | A | Dividend | J | T | | | | | |
| 32. MFS Research Intl | A | Dividend | J | T | | | | | |
| 33. MetArt Mid Cap Value | A | Dividend | J | T | | | | | |
| 34. Lmis Say SmCap Core | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dow, Dennis R. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Value Portfolio | A | Dividend | J | T | | | | | |
| 36. The New England Whole Life Insurance Policies | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts: Natixis US Multi Cap Equity A changed its name to Natixis US Eq Opp Fund A effective February 28, 2014.

Part VII. Investments and Trusts: American Bond Funds of America Class A does not appear in the Rollover IRA #1 section of Part VII because it was fully redeemed in 2013 and properly reported in the 2013 Financial Disclosure Report.

Part VII. Investments and Trusts: Davis Venture Value Fund, included in The New England Variable Life Insurance Policies section in the prior year report, changed its name to WMC Core Equity Opp fund effective February 3, 2014.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dow, Dennis R. | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544